# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 16, 2018**

SEAN F. McAVOY, CLERK

Mario Noyola,

*Plaintiff*

v.

John Rogers; Jeffrey A. Uttecht; Steven Hammond; Dan Pacholke; Dick Morgan; John Reidy; and A Deleon-Duran,

*Defendant*

Civil Action No. 4:16-cv-05041-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment (ECF No. 94) is GRANTED. Plaintiff's Claims are DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorney's fees. Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA on a motion for Summary Judgment (ECF No. 94)

Date: 02/16/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates